NUMBER 13-01-349-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


JOEL RAY GUSTAVUS , Appellant,

v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 411th District Court 

of San Jacinto County, Texas.

___________________________________________________________________



O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



Appellant, JOEL RAY GUSTAVUS , perfected an appeal from a judgment entered by the 411th District Court of San
Jacinto County, Texas, in cause number 8262 . The parties have filed a joint motion to reverse and remand. In the motion,
the parties state that they have reached a plea bargain agreement in both the appeal in this cause and a pending charge
against appellant in another case. In order to effectuate the plea bargain agreement, the instant appeal must be reversed and
remanded for a new trial. The parties stipulate that reversal of this cause is in the best interest of justice and the rights of
the defendant.

The Court, having considered the documents on file and the joint motion to reverse and remand, is of the opinion that the
joint motion to reverse and remand should be granted. The joint motion to reverse and remand is GRANTED, and the
judgment of the trial court is hereby REVERSED AND REMANDED for a new trial in accordance with the parties' plea
bargain agreement.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 20th day of September, 2001 .